```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                        :
                                                 :
            -against-                            :
                                                 :
DANIEL ELIAS ROSADO RENDON,                      :      1:22-cr-532-GHW-4
                                                 :
                        Defendant.               :      ORDER
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/15/2024 |

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on October 23, 2024 at 1:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Rosado Rendon and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 111.

SO ORDERED.

Dated: October 15, 2024

_____
GREGORY H. WOODS
United States District Judge